IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:                                              CHAPTER 7

JOSEPH GEORGE                              Bkcy. Case No. 17-14689-amc

           Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, this __30th__ day of __October__, 20 __20__, the Movant having requested expedited consideration of their Motion to Re-Convert case IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movant's Motion shall be held at TELEPHONICALLY.

~~United States Bankruptcy Court E.D. PA.~~
~~Courtroom Number 4~~
~~Robert N.C. Nix Sr. Federal Courthouse~~
~~900 Market Street~~

Philadelphia, Pennsylvania on __November 4__, 20 __20__, at __11: 00A__.m. prevailing time. Parties are to Dial in: (1) 877-873-8017  Access: 3027681#

~~IT IS HEREBY FURTHER ORDERED that any party opposing the Motion shall file an answer or response at or before the time and date of the hearing set above and that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice.~~

IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, counsel for the Debtors [if the motion is not filed by the Debtors], all secured creditors with liens on Movants' property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT  /s/ Ashely M. Chan

_____
Ashely M. Chan
United States Bankruptcy Judge