United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 17-14689-amc
Joseph George   Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3
Date Rcvd: Oct 30, 2020      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| cr | + | Goshen Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Asset Securities Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 31 2020 01:52:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 31 2020 01:52:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2020 01:17:32 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

**Name**      **Email Address**

ANDREW M. LUBIN
     on behalf of Creditor Select Portfolio Servicing Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com

CHANDRA M. ARKEMA
     on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

EMMANUEL J. ARGENTIERI
     on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI
     on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com

HARRY B. REESE
     on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JEROME B. BLANK
     on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. paeb@fedphe.com

JILL MANUEL-COUGHLIN
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
     on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KARINA VELTER
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

KARINA VELTER
     on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

KARINA VELTER
     on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

KEVIN M. BUTTERY
     on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
     on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com

MARIO J. HANYON
     on behalf of Creditor FREDDIE MAC paeb@fedphe.com

MARIO J. HANYON
     on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com

MARIO J. HANYON
     on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

MATTHEW CHRISTIAN WALDT
     on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
     on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

PAMELA ELCHERT THURMOND
     on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
     on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
     on behalf of Debtor Joseph George rleite@roachleite.com lanette@roachleite.com

SARAH K. MCCAFFERY

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 8

on behalf of Creditor MTGLQ Investors  LP bankruptcy@powerskirn.com

TERRY P. DERSHAW

td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 29

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:    CHAPTER 7

JOSEPH GEORGE    Bkcy. Case No. 17-14689-amc

Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, this __30th__ day of __October__, 20_20_, the Movant having requested expedited consideration of their Motion to Re-Convert case IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movant's Motion shall be held at TELEPHONICALLY.

~~United States Bankruptcy Court E.D. PA.~~
~~Courtroom Number 4~~
~~Robert N.C. Nix Sr. Federal Courthouse~~
~~900 Market Street~~

Philadelphia, Pennsylvania on __November 4__, 20_20_, at _11_:_00_ _A_.m. prevailing time. Parties are to Dial in: (1) 877-873-8017  Access:  3027681#

~~IT IS HEREBY FURTHER ORDERED that any party opposing the Motion shall file an answer or response at or before the time and date of the hearing set above and that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice.~~

IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, counsel for the Debtors [if the motion is not filed by the Debtors], all secured creditors with liens on Movants' property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge