**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Joseph George : Chapter: 7
:
Debtor(s) : Bankruptcy No.: 17-14689-AMC
:
:

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor(s) have failed to appear at two scheduled §341 Meetings of Creditors on 10/14/20 and 11/4/20.

                                          ANDREW R. VARA
                                        United States Trustee for Regions 3 and 9


                                        By: */s/ Maria Borgesi*
                                          Maria Borgesi
                                          Paralegal