**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| **JOSEPH GEORGE** | : | |
| Debtor | : | Case No. 17-14689-AMC |

_____

## ORDER TO SHOW CAUSE

AND NOW, the Court having been apprised that the Debtor has failed to appear for two scheduled section 341(a) meetings, it is hereby

ORDERED that the Debtor shall participate in a Telephonic Hearing on **December 9, 2020 at 12:30 p.m.** to *show cause why this bankruptcy case should not be dismissed for Debtor's failure to appear at the previously scheduled first meetings of creditors.* (Using a <u>land line</u>, the Debtor is directed to call the Court's telephone conferencing system by dialing 1-877-873-8017; Code 3027681#), and it is

FURTHER ORDERED that, if the Debtor fails to participate at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

**Date: November 9, 2020**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge