United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14689-amc |
| Joseph George | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| cr | + | Goshen Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Asset Securities Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 10 2020 01:03:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 10 2020 01:03:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2020 02:18:30 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 11, 2020 | Signature: | /s/Joseph Speetjens |

Case 17-14689-amc   Doc 209   Filed 11/11/20   Entered 11/12/20 00:43:09   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Select Portfolio Servicing Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| KEVIN M. BUTTERY | on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor FREDDIE MAC mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank Trust Company Americas et al mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing LLC mario.hanyon@brockandscott.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| ROBERT LEITE-YOUNG | on behalf of Debtor Joseph George rleite@roachleite.com lanette@roachleite.com |
| SARAH K. MCCAFFERY | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 8 |

    on behalf of Creditor MTGLQ Investors LP bankruptcy@powerskirn.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 29

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| JOSEPH GEORGE | : | |
| Debtor | : | Case No. 17-14689-AMC |

## ORDER TO SHOW CAUSE

AND NOW, the Court having been apprised that the Debtor has failed to appear for two scheduled section 341(a) meetings, it is hereby

ORDERED that the Debtor shall participate in a Telephonic Hearing on **December 9, 2020 at 12:30 p.m.** to *show cause why this bankruptcy case should not be dismissed for Debtor's failure to appear at the previously scheduled first meetings of creditors*. (Using a land line, the Debtor is directed to call the Court's telephone conferencing system by dialing 1-877-873-8017; Code 3027681#), and it is

FURTHER ORDERED that, if the Debtor fails to participate at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

Date: November 9, 2020

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge