IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------X

**IN RE**:

**JOSEPH P. GEORGE**

           Debtor,

CHAPTER 13

CASE NO.: 17-14689-amc

-------------------------------------------------X

**CERTIFICATE OF SERVICE**

       I hereby certify that the within debtor's Amended Chapter 13 Plan was served upon all parties of interest by First Class Mail, unless served electronically, at the below address on November 23, 2020.

Commonwealth of Pennsylvania
PO Box 280948
Harrisburg, PA 17128

Ocwen Loan Servicing, LLC
1661 Worthington Road
West Palm Beach, FL 33409

U.S. Bank, N.A.
298 Wissahickon Avenue
North Wales, PA 19454

Wells Fargo Home Equity
1 Home Campus X2303-01A
Des Moines, IA 50328

City of Philadelphia
1401 JFK, 5th flr
Philadelphia, PA 19102
*(Served on November 18, 2020)*

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN, 55121-7700

William C. Miller, Trustee

1234 Market Street, Ste 1813
Philadelphia, PA 19107
*(Served on November 18, 2020)*

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Terry Dershaw, Esquire
Chapter 7 Trustee
*(Via Courts ECF)*

                                       Respectfully submitted,

                                       <u>s/ Robert Leite-Young</u>
                                       Counsel for Debtor