## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph George<br>　　　　　　　　　Debtor(s) | CHAPTER 7 |
| Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC<br>　　　　　　　　　Movant<br>　　vs. | NO. 17-14689 AMC |
| Joseph George<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq.<br>　　　　　　　　　Trustee | |

### ORDER

AND NOW, this　　　day of　　　　　　, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1347 Gilham Street, Philadelphia, PA 19111 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: January 27, 2021**

_____
United States Bankruptcy Judge.

Joseph George
508 Solly Drive
Philadelphia, PA 19136

ROBERT C. LEITE-YOUNG, ESQ
6950 Castor Avenue
Philadelphia, PA 19149

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532