# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br>    Debtor | Case No. 17-14689-amc |
| | Chapter 7 |
| Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>    Movant<br>vs.<br>JOSEPH GEORGE<br>    and<br>TERRY P. DERSHAW, ESQUIRE (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Motion of Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 for Relief from the Automatic Stay and Notice of Hearing by electronic means on January 13, 2021

JOSEPH GEORGE
508 SOLLY DRIVE
PHILADELPHIA, PA 19136

ROBERT LEITE-YOUNG, ESQUIRE
LAW OFFICE ROBERT LEITE-YOUNG
6950 CASTOR AVENUE
PHILADELPHIA, PA 19149

TERRY P. DERSHAW, TRUSTEE
DERSHAW LAW OFFICES
P.O. BOX 556
WARMINSTER, PA 18974-0632

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

January 13, 2021

                                             */s/ Andrew Spivack*
                                             Andrew Spivack
                                             (Bar No. 84439)
                                             Attorney for Creditor
                                             BROCK & SCOTT, PLLC
                                             302 Fellowship Road, Suite 130
                                             Mount Laurel, NJ 08054
                                             Telephone:  844-856-6646 x3017
                                             Facsimile:  704-369-0760
                                             E-Mail:  PABKR@brockandscott.com