## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br>    Debtor | Case No. 17-14689-amc |
| Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>    Movant<br>vs.<br>JOSEPH GEORGE<br>    and<br>TERRY P. DERSHAW, ESQUIRE (TRUSTEE)<br>    Respondents | Chapter 7<br><br>11 U.S.C. §362 |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 20___, at **PHILADELPHIA**, upon Motion of Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1335 Passmore Street, Philadelphia, Pennsylvania 19111 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**ORDERED** that Rule 4001(a)(3) is not applicable and Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 may immediately enforce and implement this Order granting Relief from the Automatic Stay.

**Date: February 4, 2021**

Ashely M. Chan
BANKRUPTCY JUDGE

JOSEPH GEORGE
508 SOLLY DRIVE
PHILADELPHIA, PA 19136

ROBERT LEITE-YOUNG, ESQUIRE
LAW OFFICE ROBERT LEITE-YOUNG
6950 CASTOR AVENUE
PHILADELPHIA, PA 19149

TERRY P. DERSHAW, TRUSTEE
DERSHAW LAW OFFICES
P.O. BOX 556
WARMINSTER, PA 18974-0632

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106