United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 17-14689-amc

Joseph George   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| cr | + | Goshen Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Asset Securities Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 05 2021 02:37:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 05 2021 02:38:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor Select Portfolio Servicing  Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor MTGLQ Investors  LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank NA  not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| KEVIN M. BUTTERY | on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 8

REBECCA ANN SOLARZ
on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
on behalf of Debtor Joseph George rleite@roachleite.com lanette@roachleite.com

SARAH K. MCCAFFERY
on behalf of Creditor MTGLQ Investors LP bankruptcy@powerskirn.com

TERRY P. DERSHAW
td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 32

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br>　　Debtor | Case No. 17-14689-amc |
| | Chapter 7 |
| Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>　　Movant<br>vs.<br>JOSEPH GEORGE<br>　　and<br>TERRY P. DERSHAW, ESQUIRE (TRUSTEE)<br>　　Respondents | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

    **AND NOW**, this _____ day of _____, 20___, at **PHILADELPHIA**, upon Motion of Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1335 Passmore Street, Philadelphia, Pennsylvania 19111 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

    **ORDERED** that Rule 4001(a)(3) is not applicable and Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 may immediately enforce and implement this Order granting Relief from the Automatic Stay.

**Date: February 4, 2021**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　BANKRUPTCY JUDGE

JOSEPH GEORGE
508 SOLLY DRIVE
PHILADELPHIA, PA 19136

ROBERT LEITE-YOUNG, ESQUIRE
LAW OFFICE ROBERT LEITE-YOUNG
6950 CASTOR AVENUE
PHILADELPHIA, PA 19149

TERRY P. DERSHAW, TRUSTEE
DERSHAW LAW OFFICES
P.O. BOX 556
WARMINSTER, PA 18974-0632

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106