**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Joseph George | Chapter: 7 |
| | Bankruptcy No.: 17-14689-amc |
| Debtor | 11 U.S.C. § 362 |

MTGLQ Investors, LP

           Movant

vs.

Joseph George

           Debtor

and

William C. Miller, Esq., Esquire

           Trustee

RESPONDENTS

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DEADLINE**

MTGLQ Investors, LP, has filed a Motion for Relief from the Automatic Stay in order to foreclose or resume foreclosure on the real property situated at 4073 CRESTON STREET, PHILADELPHIA, PA 19135.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 23, 2021, you or your attorney must do **all** of the following:

    (a)    File an answer explaining your position at:
Eastern District of Pennsylvania-Philadelphia Division
Robert N.C. Nix Federal Courthouse
900 Market Street - suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:
**Michael Clark
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046
Phone: (215) 886-8790
Fax: (215) 886-8791**

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan on March 24, 2021 at 12:30 pm in the Bankruptcy Courtroom of the United States Bankruptcy Court, Eastern District of Pennsylvania-Philadelphia Division, Robert N.C. Nix Federal Courthouse, 900 Market Street Courtroom #4, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

/s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

Dated: March 2, 2021