# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Joseph George** | : | Case No.: 17-14689 |
| | : | **Chapter 7** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

17-025198_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 17-14689** |
| **Joseph George** | : **Chapter 7** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | : **Related Document #** |
| | : |
| **Movant,** | : |
| | : |
| vs | : |
| | : |
| **Joseph George** | : |
| **Cheryl Urban** | : |
| | : |
| **Terry P. Dershaw** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Terry P. Dershaw, Chapter 7 Trustee, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632, td@ix.netcom.com

Robert Leite-Young, Attorney for Joseph George, Law Office Robert Leite-Young, 6950 Castor Avenue, Philadelphia, PA 19149, rleite@roachleite.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Joseph George and Cheryl Urban, 508 Solly Drive, Philadelphia, PA  19111

Joseph George and Cheryl Urban, 508 Solly Avenue, Philadelphia, PA  19111

DATE: March 9, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

17-025198_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-025198_PS