**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Joseph George | Chapter: 7 |
| | Bankruptcy No.: 17-14689-amc |
| Debtor | 11 U.S.C. § 362 |

MTGLQ Investors, LP

                        Movant

vs.

Joseph George

                        Debtor

     and

William C. Miller, Esq.

                        Trustee

                    RESPONDENTS

**CERTIFICATION OF NO ANSWER, OBJECTION, OR RESPONSE REGARDING MOTION OF MTGLQ INVESTORS, LP, FOR RELIEF FROM THE AUTOMTIC STAY, DOC. NO. 240**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or response to the Motion of MTGLQ Investors, LP for Relief from the Automatic Stay filed on March 2, 2021, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Self-Scheduled Hearing and Response Deadline/Notice of Motion, an answer, objection, or response to the Motion must have been filed and served no later than March 23, 2021.

      It is hereby respectfully requested that the Order attached to the Motion be entered by this Honorable Court.

                                    Respectfully submitted,

                                    /s/ Michael Clark
                                  Richard M. Squire, Esq.
                                  M. Troy Freedman, Esq.
                                  Michael J. Clark, Esq.
                                  One Jenkintown Station, Suite 104
                                  115 West Avenue
                                  Jenkintown, PA 19046
                                  215-886-8790
                                  215-886-8791 (FAX)
                                  rsquire@squirelaw.com
                                  tfreedman@squirelaw.com
                                  mclark@squirelaw.com

Dated: March 23, 2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:   Joseph George | Chapter: 7 |
|---|---|
|  | Bankruptcy No.: 17-14689-amc |
| Debtor | 11 U.S.C. § 362 |

MTGLQ Investors, LP

                                              Movant

                vs.

Joseph George

                                              Debtor

              and

William C. Miller, Esq.

                                              Trustee

                                          RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certification of No Answer, Objection, or Response regarding Motion of MTGLQ Investors, LP for Relief from the Automatic Stay, Doc. No. <u>240</u>, electronically and/or via First Class Mail, postage prepaid.

Date Served: March 23, 2021

William C. Miller, Esq.
Chapter 7 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Joseph George
4073 Creston Street
Philadelphia, PA 19135

Joseph George
508 Solly Drive
Philadelphia, PA 19136

ROBERT CAPTAIN LEITE-YOUNG
Roach & Leite, LLC
6950 Castor Avenue
Philadelphia, PA 19149

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                       Respectfully submitted,

                        /s/ Michael Clark
                       Richard M. Squire, Esq.
                       M. Troy Freedman, Esq.
                       Michael J. Clark, Esq.
                       One Jenkintown Station, Suite 104
                       115 West Avenue
                       Jenkintown, PA 19046
                       215-886-8790
                       215-886-8791 (FAX)
                       rsquire@squirelaw.com
                       tfreedman@squirelaw.com
                       mclark@squirelaw.com