**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Joseph George | Chapter: 7 |
| | Bankruptcy No.: 17-14689-amc |
| Debtor | 11 U.S.C. § 362 |

MTGLQ Investors, LP

                Movant

        vs.

Joseph George

                Debtor

       and

William C. Miller, Esq., Esquire

                Trustee

RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

AND NOW, this _____ day of _____ , 2021, upon consideration of Movant's Motion for Relief from the Automatic Stay, it is hereby

ORDERED that the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is granted with respect to the mortgaged premises situated at 4073 CRESTON STREET, PHILADELPHIA, PA 19135, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

**Date: March 25, 2021**

BY THE COURT

_____
Honorable Judge Ashely M. Chan
United States Bankruptcy Judge

cc:
William C. Miller, Esq.
Chapter 7 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Michael Clark

Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

ROBERT CAPTAIN LEITE-YOUNG
Roach & Leite, LLC
6950 Castor Avenue
Philadelphia, PA 19149

Joseph George
4073 Creston Street
Philadelphia, PA 19135

Joseph George
508 Solly Drive
Philadelphia, PA 19136