United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 17-14689-amc
Joseph George                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| cr | + | Goshen Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Asset Securities Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 26 2021 04:00:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 26 2021 04:01:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 03:25:22 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor Select Portfolio Servicing  Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor MTGLQ Investors  LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank NA  not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| KEVIN M. BUTTERY | on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor MTGLQ Investors  LP mclark@squirelaw.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 8 |

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com  lanette@roachleite.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

SARAH K. MCCAFFERY
    on behalf of Creditor MTGLQ Investors  LP bankruptcy@powerskirn.com

TERRY P. DERSHAW
    td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 33

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Joseph George | Chapter: 7 |
| | Bankruptcy No.: 17-14689-amc |
| Debtor | 11 U.S.C. § 362 |

MTGLQ Investors, LP

                  Movant

        vs.

Joseph George

                  Debtor

        and

William C. Miller, Esq., Esquire

                  Trustee

RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

AND NOW, this _____ day of _____, 2021, upon consideration of Movant's Motion for Relief from the Automatic Stay, it is hereby

ORDERED that the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is granted with respect to the mortgaged premises situated at 4073 CRESTON STREET, PHILADELPHIA, PA 19135, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

**Date: March 25, 2021**

BY THE COURT

_____
Honorable Judge Ashely M. Chan
United States Bankruptcy Judge

cc:
William C. Miller, Esq.
Chapter 7 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Michael Clark

Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

ROBERT CAPTAIN LEITE-YOUNG
Roach & Leite, LLC
6950 Castor Avenue
Philadelphia, PA 19149

Joseph George
4073 Creston Street
Philadelphia, PA 19135

Joseph George
508 Solly Drive
Philadelphia, PA 19136