**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Robert N. Braverman, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

------------------------------------------------------------X
In re:                                              :        Chapter 13
                                                    :
Joseph George,                                      :        Case No. 17-14689
                                                    :
                                                    :        Judge: amc
                    Debtors                         :
------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON BEHALF OF DEBTOR**

I, Robert N. Braverman, Esq. of full age certifies as follows:

1. I have been retained as counsel to the debtor in the above referenced bankruptcy.

2. I have been unable to reach debtor's prior counsel to execute a Substitution of Attorney who has apparently been suspended.

3. I request that for all notice purposes and for mailing list purposes in this case, the following address be used:

> Robert N. Braverman, Esq.
> McDowell Law, PC
> 46 West Main Street
> Maple Shade, NJ 08052
> Email: rbraverman@mcdowelllegal.com

I certify under the penalties of perjury that the factual allegations contained in the foregoing certification are true and correct to the best of my information and belief.

Dated: May 6, 2021                                  /s/ Robert N. Braverman
                                                    Robert N. Braverman