# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Joseph George**                                                                 Case No. **17-14689**
Debtor(s)                                                                                                Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Kristie Gresh**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **May 7, 2021**, I served the Chapter 13 Plan and Motions on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail. follows:

**EMMANUEL J. ARGENTIERI**
Romano Garubo & Argentieri
52 Newton Avenue
PO Box 456
Woodbury, NJ 08096

**MARIO J. HANYON**
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

**SARAH ELISABETH BARNGROVER**
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

**LAUREN BERSCHLER KARL**
P.O. Box 305
Ingomar, PA 15127

**MICHAEL JOHN CLARK**
Richard M. Squire & Associates, LLC
115 West Avenue
Suite 104
Jenkintown, PA 19406

**SARAH K. MCCAFFERY**
Powers Kirn, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053

**ANDREW M. LUBIN**
Milstead & Associates
1 East Stow Road
Marlton, NJ 08053

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**PAMELA ELCHERT THURMOND**
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

U.S. Bank Trust National Association, as Trustee
of the Lodge Series III Trust
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Wells Fargo Bank, N.A. Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Goshen Mortgage LLC, as Separate Trustee for GDBT
Fay Servicing, LLC
3000 Kellway Dr. Ste. 150
Carrollton, TX 75006

US Bank NA, as owner trustee for CIM Trust 2019-R2
c/o Rushmore Loan Management Services
P.O. Box 550044
Irvine, CA 92619-2708

Deutsche Bank National Trust Company
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al.
OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH FL 33416-4605

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Wells Fargo Bank, N.A.
1000 Blue Gentian Road

Eagan, MN 55121-7700
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **May  7, 2021**.

  /s/ Kristie M. Gresh
**Kristie M. Gresh**