IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                                             :
                                                  :    Chapter 7
       JOSEPH GEORGE,                             :
                                                  :    Bankruptcy No. 17-14689 (AMC)
                          Debtor.                 :
-------------------------------------------------x
```

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #166 filed by the City of Philadelphia on March 10, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 11, 2021        By:    */s/ Pamela Elchert Thurmond*
                                  PAMELA ELCHERT THURMOND
                                  Deputy City Solicitor
                                  PA Attorney I.D. 202054
                                  City of Philadelphia Law Department
                                  1401 JFK Blvd., 5th Floor
                                  Philadelphia, PA  19102-1595
                                  215-686-0508 (phone)
                                  215-686-0588 (facsimile)
                                  Email: Pamela.Thurmond@phila.gov