UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:

JOSEPH GEORGE    Bkcy. Case No. 17-14689-amc

Debtor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The above captioned Debtor having moved this Court by Motion for an Order to reconvert debtor's case to one under Chapter 13; it is

**The above captioned Debtor having moved this Court by Motion for an Order to Re-convert**; it is

**ORDERED**, that Debtor's motion to reconvert his case is granted and this case is hereby reinstated; and it is further

A(n) Order Converting Debtor's Chapter 13 Case to one under Chapter 7 was entered on September 15, 2020.

**IT IS ORDERED** that the Order Converting Debtor's Case is VACATED.

**IT IS ORDERED,** that debtor is permitted to proceed under Chapter 13.

**IT IS ORDERED,** that in the interest of justice and upon consideration by this Court that if neither of the above are considered appropriate, that the Honorable Court will allow debtor to proceed under new counsel and hold the matter under submission and allow debtor to proceed in a manner consistent within the provision(s) of the bankruptcy Code.

By the Court,

_____
Hon. Ashely M. Chan
Chief United States Bankruptcy Judge

**Date: May 11, 2021**

Dated: _____ __, _____