United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                 Case No. 17-14689-amc
Joseph George                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 4
Date Rcvd: May 12, 2021        Form ID: 152            Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| cr | + | Goshen Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Asset Securities Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14556048 | + | BAYVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14182831 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14130361 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14184206 | | Deutsche Bank Trust Company Americas f/k/a Bankert, C/O Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach FL 33416-4605 |
| 14073153 | + | Goshen Mortgage LLC, as Separate Trustee for GDBT, Fay Servicing, LLC, 3000 Kellway Dr. Ste. 150, Carrollton, TX 75006-3357 |
| 14126920 | + | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14328066 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services LL, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14330074 | + | MTGLQ Investors, LP, C/O SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Ste. 104, Jenkintown, PA 19046-2031 |
| 14183132 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14160969 | | Nationstar Mortgage LLC, Attention: Bankruptcy Department PO Box, Dallas TX 75261-9741 |
| 14184814 | | OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14307705 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 14237049 | + | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14257974 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14494976 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14047761 | | U.S. Bank National Association, et al, C/O Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 14491415 | | US Bank NA, as owner trustee for CIM Trust 2019-R2, c/o Rushmore Loan Management Services, P.O. Box 550044, Irvine, CA 92619-2708 |
| 14196278 | + | WELLS FARGO BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14395170 | | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13977819 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC #N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13978244 | + | Wells Fargo Bank, N.A. Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2021 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 13 2021 01:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 152 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 13 2021 01:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 13 2021 01:58:38 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14420603 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 13 2021 01:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14037111 | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14381241 | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., C/O PAMELA ELCHERT THURMOND, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 13951964 | + | Email/PDF: rmscedi@recoverycorp.com | May 13 2021 02:08:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14290768 | | Email/Text: bknotices@snsc.com | May 13 2021 01:44:00 | SN SERVICING, Kathy Watson, c/o SN Servicing Corporation, Bankruptcy Asset Manager, 323 5thStreet, Eureka, CA 95501 |
| 14289958 | + | Email/Text: bknotices@snsc.com | May 13 2021 01:44:00 | U.S. Bank Trust National Association, as Trustee, of the Lodge Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 152 | Total Noticed: 38 |

ANDREW L. SPIVACK
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW M. LUBIN
on behalf of Creditor Select Portfolio Servicing  Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com

CHANDRA M. ARKEMA
on behalf of Creditor MTGLQ Investors  LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor U.S. Bank NA  not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JEROME B. BLANK
on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

KEVIN M. BUTTERY
on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com

MARIO J. HANYON
on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com  wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com  wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

MICHAEL JOHN CLARK
on behalf of Creditor MTGLQ Investors  LP mclark@squirelaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
on behalf of Debtor Joseph George rleite@roachleite.com  lanette@roachleite.com

ROBERT NEIL BRAVERMAN
on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 152 | Total Noticed: 38 |

    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

SARAH K. MCCAFFERY
    on behalf of Creditor MTGLQ Investors  LP bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 34

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joseph George
    Debtor(s)

Case No: 17−14689−amc

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/22/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

259
Form 152