# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph George<br>                    Debtor(s)<br><br>BAYVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Joseph George<br>                    Debtor(s)<br><br>William C. Miller Esquire<br>                    Trustee | CHAPTER 13<br><br><br>NO. 17-14689 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of BAYVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **June 9, 2021, docket number 264**.

                              Respectfully submitted,


                              /s/ Rebecca A. Solarz, Esq.
                              _____

                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              Phone: (215)-627-1322

Dated: July 6, 2021