# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
                                                    :
Joseph George                                       :
xxx-xx-6533                                         :CHAPTER 13
        Debtor.         :CASE NO. 17-14689/AMC
_____ :

## PRAECIPE TO WITHDRAW DOCUMENT NUMBER 84 - OBJECTION TO CONFIRMATION OF PLAN

    Secured Creditor, JP Morgan Mortgage Acquisition Corp., the holder of a mortgage on the real property of the Debtor commonly known as 1702 Brill Street, Philadelphia, Pennsylvania 19124, by and through its undersigned attorneys, hereby withdraws its objection to confirmation which was designated as Document Number 84 by this Court. The amended plan filed by the Debtor on June 22, 2021 resolves secured creditor's objection.

                                Respectfully submitted,
                                Romano Garubo & Argentieri


                                /s/EMMANUEL J. ARGENTIERI
                                EMMANUEL J. ARGENTIERI

Date:  August 5, 2021


ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com