United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14689-amc |
| Joseph George | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 10, 2021 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| 14556048 | + | BAYVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14182831 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14612740 | + | Deutsche Bank National Trust Company, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14130361 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14184206 | | Deutsche Bank Trust Company Americas f/k/a Bankert, C/O Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach FL 33416-4605 |
| 14073153 | + | Goshen Mortgage LLC, as Separate Trustee for GDBT, Fay Servicing, LLC, 3000 Kellway Dr. Ste. 150, Carrollton, TX 75006-3357 |
| 14126920 | + | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14328066 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services LL, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14330074 | + | MTGLQ Investors, LP, C/O SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Ste. 104, Jenkintown, PA 19046-2031 |
| 14183132 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14160969 | | Nationstar Mortgage LLC, Attention: Bankruptcy Department PO Box, Dallas TX 75261-9741 |
| 14184814 | | OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14307705 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 14612741 | + | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14237049 | + | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14257974 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14494976 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14047761 | #+ | U.S. Bank National Association, et al, C/O Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 14491415 | | US Bank NA, as owner trustee for CIM Trust 2019-R2, c/o Rushmore Loan Management Services, P.O. Box 550044, Irvine, CA 92619-2708 |
| 14196278 | + | WELLS FARGO BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14395170 | #+ | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13977819 | + | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC #N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13978244 | + | Wells Fargo Bank, N.A. Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14420603 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 11 2021 00:11:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14037111 | | Email/Text: megan.harper@phila.gov | Aug 11 2021 00:11:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14381241 | | Email/Text: megan.harper@phila.gov | Aug 11 2021 00:11:00 | City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., C/O PAMELA ELCHERT |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Aug 10, 2021 | Form ID: 155 | Total Noticed: 30

| ID | | Delivery | Timestamp | Recipient |
|---|---|---|---|---|
| | | | | THURMOND, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 13951964 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2021 00:18:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14290768 | | Email/Text: bknotices@snsc.com | Aug 11 2021 00:11:00 | SN SERVICING, Kathy Watson, c/o SN Servicing Corporation, Bankruptcy Asset Manager, 323 5thStreet, Eureka, CA 95501 |
| 14289958 | + | Email/Text: bknotices@snsc.com | Aug 11 2021 00:11:00 | U.S. Bank Trust National Association, as Trustee, of the Lodge Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW M. LUBIN
on behalf of Creditor Select Portfolio Servicing Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com

CHANDRA M. ARKEMA
on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com

Case 17-14689-amc    Doc 276    Filed 08/12/21    Entered 08/13/21 00:36:54    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 10, 2021 | Form ID: 155 | Total Noticed: 30 |

JEROME B. BLANK
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

KEVIN M. BUTTERY
    on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com

MARIO J. HANYON
    on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor MTGLQ Investors  LP mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com  lanette@roachleite.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

SARAH K. MCCAFFERY
    on behalf of Creditor MTGLQ Investors  LP bankruptcy@powerskirn.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Aug 10, 2021 Form ID: 155 Total Noticed: 30
TOTAL: 36

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph George
        Debtor(s)　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 17−14689−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 10th day of August 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　274
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155