# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Joseph George | : | Case No.: 17-14689 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank N.A.** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

18-005989_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-14689** |
| **Joseph George** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Henry J George** | : | |
| **Joseph George** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Robert Leite-Young, Attorney for Joseph George, Law Office Robert Leite-Young, 6950 Castor Avenue, Philadelphia, PA 19149, rleite@roachleite.com

18-005989_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 11, 2021:

Joseph George, 508 Solly Drive, Philadelphia, PA  19136

Henry J George and Joseph George, 3435 Cottman Avenue, Philadelphia, PA  19149

DATE: September 11, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-005989_PS