## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>Joseph George<br>    Debtor | Case No. 17-14689-amc |
| Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>    Movant<br><br>vs.<br>Joseph George<br>    Respondents | Chapter 13<br><br><br><br><br><br><br>11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: September 30, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge