**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br><br>Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>     Movant<br><br>vs.<br><br>JOSEPH GEORGE,<br>     Debtor | Case No. 17-14689-amc<br>Chapter 13 |

**WITHDRAWAL OF OBJECTION TO MOTION TO MODIFY PLAN**

Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO MOTION TO MODIFY PLAN filed November 22, 2021, Document Number 286.

.

> */s/ Andrew Spivack*
> Andrew Spivack
> (Bar No. 84439)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Suite 130
> Mount Laurel, NJ 08054
> Telephone:  844-856-6646 x3017
> Facsimile:  704-369-0760
> E-Mail:  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br><br>Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>     Movant<br><br>vs.<br><br>JOSEPH GEORGE,<br>     Debtor | Case No. 17-14689-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection To Motion to Modify Plan has been electronically served or mailed, postage prepaid on December 13, 2021 to the following:

JOSEPH GEORGE
508 SOLLY AVE
PHILADELPHIA, PA 19111-1906

Robert Leite-Young, Debtor's Attorney
6950 Castor Avenue
Philadelphia, PA 19149

KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

December 13, 2021

        */s/ Andrew Spivack*
        Andrew Spivack
        (Bar No. 84439)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Suite 130
        Mount Laurel, NJ 08054
        Telephone: 844-856-6646 x3017
        Facsimile: 704-369-0760
        E-Mail: PABKR@brockandscott.com