| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Joseph George | Case Number:<br>2:2017-bk-14689 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **8893**  UCID: **WFCMGE1714689PAE65338893** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number: **15** | | |
| 3.  Signature:<br><br>Check the appropriate box.<br>   X  I am the creditor.<br>      I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas           Date: 01/12/2022<br>      VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 17-14689

**Joseph George**  CHAPTER: 13

**Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 12, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Joseph George
508 Solly Drive
Philadelphia, PA 19136

*Debtor's Attorney:*  *By CM / ECF Filing:*

ROBERT NEIL BRAVERMAN
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

*By CM / ECF Filing:*

ROBERT LEITE-YOUNG
Law Office Robert Leite-Young
6950 Castor Avenue
Philadelphia, PA 19149

*Trustee:*  *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)