**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Joseph George** | **:** | **Case No.: 17-14689** |
| | **:** | **Chapter 7** |
| **Debtor(s).** | **:** | **Judge Ashely M. Chan** |
| | **:** | * * * * * * * * * * * * * * * * * * * * * * * |
| | **:** | |
| | **:** | |

## **WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Alyk L. Oflazian**, who shall be substituted for Sarah E. Barngrover as

counsel of record for creditor **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor").

Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in

this case.

/s/ Sarah E. Barngrover                                 /s/ Alyk L. Oflazian
Sarah E. Barngrover (28840-64)            Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC                   Manley Deas Kochalski LLC
P.O. Box 165028                                     P.O. Box 165028
Columbus, OH  43216-5028                    Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181          614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com              ALOflazian@manleydeas.com

17-025198_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-14689** |
| **Joseph George** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | : | **Related Document #** |
| | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| **Joseph George** | : | |
| **Cheryl Urban** | : | |
| | : | |
| **Terry P. Dershaw** | | |
| Respondents. | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Terry P. Dershaw, Chapter 7 Trustee, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632, td@ix.netcom.com

Robert Leite-Young, Attorney for Joseph George, Law Office Robert Leite-Young, 6950 Castor Avenue, Philadelphia, PA 19149, rleite@roachleite.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 8, 2022:

Joseph George and Cheryl Urban, 508 Solly Drive, Philadelphia, PA 19111

DATE: <u>February 8, 2022</u>

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)

17-025198_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L.
Oflazian.
Contact email is
ALOflazian@manleydeas.com

17-025198_PS