United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14689-amc |
| Joseph George | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14289958 | + Email/Text: bknotices@snsc.com | Mar 09 2022 23:55:00 | U.S. Bank Trust National Association, as Trustee, of the Lodge Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2022        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2006-6 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-6 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company  as Trustee for Saxon Asset Securit andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

Case 17-14689-amc    Doc 301    Filed 03/11/22    Entered 03/12/22 00:40:22    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: trc | Total Noticed: 1 |

| Name | Role |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| CHANDRA M. ARKEMA | on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation lmoyer@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicers for U.S. Bank Trust National Association as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Select Portfolio Servicing Inc. ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor MTGLQ Investors LP mclark@squirelaw.com |
| PAMELA ELCHERT THURMOND | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com  lanette@roachleite.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC sarah.barngrover@beckshybrids.com

THOMAS SONG
    on behalf of Creditor Bayview Loan Servicing  LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 38

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14689-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph George
508 Solly Drive
Philadelphia PA 19136

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/08/2022.

Name and Address of Alleged Transferor(s):

Claim No. 1: U.S. Bank Trust National Association, as Trustee, of the Lodge Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/11/22

Tim McGrath
**CLERK OF THE COURT**