## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br><br>Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>     Movant<br><br>vs.<br><br>JOSEPH GEORGE,<br>     Debtor | Case No. 17-14689-amc<br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 302), and states as follows:

1.  The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 11, 2017.

2.  Movant holds a security interest in the Debtor's real property located at 1335 Passmore Street, Philadelphia, PA 19111 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number 50148362 in Official Records of Philadelphia County, Pennsylvania. Said Mortgage secures a Note in the amount of $30,150.00.

3. The Debtor filed an Amended Chapter 13 Plan (the "Plan") on March 17, 2022 (Doc 302).

4. Movant filed a Proof of Claim in this case on August 21, 2018 (Claim No. 13-1) which lists a total debt of $33,250.36.

5. It should be noted that the Debtor's loan matures during the pendency of the Plan period.

6. The Debtor needs to include the interest of 10.78% until the plan end date.

7. Movant objects to Debtor's Amended Plan as it does not include the aforementioned interest rate.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

                                                */s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE<br><br>Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>    Movant<br><br>vs.<br><br>JOSEPH GEORGE,<br>    Debtor | Case No. 17-14689-amc<br><br>Chapter 13 |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection To Confirmation Of Debtor(S)' Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

Joseph George
508 Solly Ave
Philadelphia, Pa 19111-1906

Robert Leite-Young, Debtor's Attorney
6950 Castor Avenue
Philadelphia, PA 19149

Kenneth E West, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee , US Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

April 15, 2022

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com