UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| JOSEPH GEORGE, | : | CASE #17-146891-amc |
| Debtor. | : | Hearing Date:   May 24, 2022   @ 10:00 |
| | : | **PRAECIPE TO WITHDRAW MODIFIED PLAN** |

Joseph George, debtor(s) herein, by and through their attorneys, MCDOWELL LAW, PC respectfully request:

That the Court withdraw the Certification of No Response filed by Robert N. Braverman, Esquire on May 19, 2022 (DOCKET NO. 305) on behalf of debtor.

                    McDOWELL LAW, PC
                    Attorneys for Debtor(s),

                    By:  /s/ Robert N. Braverman
DATED: May 19, 2022                ROBERT N. BRAVERMAN, ESQUIRE