**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> JOSEPH GEORGE <br><br> Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3, <br>　　Movant <br><br> vs. <br><br> JOSEPH GEORGE, <br>　　Debtor | Case No. 17-14689-amc <br> Chapter 13 |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3 ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF PLAN filed April 15, 2022, Document Number 304.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH GEORGE | Case No. 17-14689-amc<br>Chapter 13 |
| Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2000-3, Mortgage Loan Asset Backed Certificates, Series 2000-3,<br>　　　Movant<br><br>vs.<br><br>JOSEPH GEORGE,<br>　　　Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection To Confirmation Of Debtor's Chapter 13 Plan  has been electronically served or mailed, postage prepaid on May 23, 2022 to the following:

JOSEPH GEORGE
508 SOLLY AVE
PHILADELPHIA, PA 19111-1906

Robert Leite-Young, Debtor's Attorney
6950 Castor Avenue
Philadelphia, PA 19149

KENNETH E WEST, Bankruptcy Trustee

Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee , US Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

May 23, 2022

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com