# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| JOSEPH GEORGE, | : | CASE #17-14689/AMC |
| Debtor. | : | Hearing Date: December 7, 2021 @ 10:00 am |

## ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, JOSEPH GEORGE, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this _____ day of _____, 2021 ORDERED that debtor's Modified Chapter 13 Plan is hereby approved.

Date: May 24, 2022

_____
HONORABLE ASHELY M. CHAN, USBJ