| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Joseph George | Case Number:<br>2:2017-bk-14689 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to.<br><br>**Wells Fargo previously filed a Notice of Change of Address ("NOCA") as to this claim intending to ONLY change the noticing address to the Minneapolis, MN address reflected to the left. Wells Fargo did not intend to change the payment address with that filing, but erroneously included a Des Moines address (which did not match the payment address on the claim) as the payment address. The purpose of this NOCA is to provide the Billings, MT address for payment purposes – which is the same payment address provided on the claim or amended claim(s). |
| Name and address where payments should be sent:<br>Wells Fargo Operations Center<br>P.O. Box 31557 B6955-01B<br>Billings, MT 59107<br><br>Telephone Number: 800-274-7025 | | **X** Check this box if you are changing the address that payments will go to.<br><br>**see disclosure above |
| 1. Account Number: 9427  UCID: WFCHEQ1714689PAE65339427 | | _ Check this box if the account number has changed. |
| 2. Court Claim Number: 3 | | |

3. **Signature:**

   **Check the appropriate box.**
   **X**  I am the creditor.
   ___  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
   ___  I am the trustee, or the debtor.
   ___  I am a guarantor, surety, endorser, or other codebtor.

   By:  /s/ Sharon Renee Harris          Date: 06/02/2022
        VP Loan Documentation

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      CASE NO.:     17-14689

**Joseph George**                               CHAPTER:     13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before June 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Joseph George
508 Solly Drive
Philadelphia, PA 19136

*Debtor's Attorney:*           *By CM / ECF Filing:*

ROBERT NEIL BRAVERMAN
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

*By CM / ECF Filing:*

ROBERT LEITE-YOUNG
Law Office Robert Leite-Young
6950 Castor Avenue
Philadelphia, PA 19149

*Trustee:*                       *By CM / ECF Filing:*

*Trustee:* KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)