United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14689-amc |
| Joseph George | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 03, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2006-6 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-6 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

Case 17-14689-amc   Doc 319   Filed 06/05/22   Entered 06/06/22 00:28:23   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: 234 | Total Noticed: 1 |

**ANDREW L. SPIVACK**
on behalf of Creditor Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company as Trustee for Saxon Asset Securit andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**ANDREW L. SPIVACK**
on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com

**CHANDRA M. ARKEMA**
on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

**EMMANUEL J. ARGENTIERI**
on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

**EMMANUEL J. ARGENTIERI**
on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com

**HARRY B. REESE**
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

**JACK K. MILLER**
on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

**JEROME B. BLANK**
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. paeb@fedphe.com

**JEROME B. BLANK**
on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

**JEROME B. BLANK**
on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

**JEROME B. BLANK**
on behalf of Creditor Deutsche Bank Trust Company Americas et al paeb@fedphe.com

**JILL MANUEL-COUGHLIN**
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

**JILL MANUEL-COUGHLIN**
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com

**KARINA VELTER**
on behalf of Creditor WELLS FARGO BANK N.A. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

**KENNETH E. WEST**
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**KEVIN M. BUTTERY**
on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com

**LAUREN MOYER**
on behalf of Creditor SN Servicing Corporation lmoyer@friedmanvartolo.com

**LAUREN MOYER**
on behalf of Creditor SN Servicing Corporation as servicers for U.S. Bank Trust National Association as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com

**LAUREN BERSCHLER KARL**
on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com

**LORRAINE GAZZARA DOYLE**
on behalf of Creditor Select Portfolio Servicing Inc. ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

**MARIO J. HANYON**
on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com mario.hanyon@brockandscott.com

**MATTHEW CHRISTIAN WALDT**
on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

**MATTHEW CHRISTIAN WALDT**
on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor MTGLQ Investors LP mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com lanette@roachleite.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com
kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC sarah.barngrover@beckshybrids.com

THOMAS SONG
    on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 41

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph George
        Debtor(s)                                       Case No:17−14689−amc
                                                            Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                              For The Court

                                                                              Timothy McGrath,
                                                                              Clerk of Court

Date: 6/3/22