# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| JOSEPH GEORGE, | : | CASE #17-14689/AMC |
| Debtor. | : | Hearing Date: January 10, 2023 @ 11:00 am |

**ORDER APPROVING DISCHARGE FOR JOSEPH GEORGE, DECEASED AND WAIVING THE NEED FOR FINANCIAL MANAGEMENT COURSE AND CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AN SECTION 522(Q) JOSEPH GEORGE, DECEASED**

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of MCDOWELL LAW, PC, attorneys for debtor, JOSEPH GEORGE, pursuant to a Notice of Motion Seeking an Order Approving Discharge for Joseph George Upon Completion of Chapter 13 Case and Waiving the Need for Financial Management Course and Certification Regarding Domestic Support Obligations for Joseph George, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this _____ day of _____, 2023, it is ORDERED that debtor, Joseph George be DISCHARGED upon completion of the within Chapter 13 Case; and the need that deceased debtor, Joseph George, complete a Financial Management Course and file a Certification Regarding Domestic Support Obligations prior to discharge is hereby WAIVED.

**Date: December 15, 2022**

_____
HONORABLE ASHELY M. CHAN, USBJ