United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14689-amc |
| Joseph George | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2006-6 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-6 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

ANDREW L. SPIVACK

on behalf of Creditor Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company as Trustee for Saxon Asset Securit andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK

on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK

on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com

BERNADETTE IRACE

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee birace@milsteadlaw.com, bkecf@milsteadlaw.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHANDRA M. ARKEMA

on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

EMMANUEL J. ARGENTIERI

on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI

on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com

HARRY B. REESE

on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JACK K. MILLER

on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. jblank@pincuslaw.com

JEROME B. BLANK

on behalf of Creditor Deutsche Bank Trust Company Americas et al jblank@pincuslaw.com

JEROME B. BLANK

on behalf of Creditor WELLS FARGO BANK N.A. jblank@pincuslaw.com

JEROME B. BLANK

on behalf of Creditor Ocwen Loan Servicing LLC jblank@pincuslaw.com

JILL MANUEL-COUGHLIN

on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com

KARINA VELTER

on behalf of Creditor WELLS FARGO BANK N.A. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY

on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation lmoyer@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor U.S. Bank Trust National Association as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicers for U.S. Bank Trust National Association as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com

LAUREN BERSCHLER KARL

on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com

MARIO J. HANYON

on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com mario.hanyon@brockandscott.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com mario.hanyon@brockandscott.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor MTGLQ Investors LP mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com lanette@roachleite.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROGER FAY
    on behalf of Creditor Select Portfolio Servicing Inc. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC sarah.barngrover@beckshybrids.com

THOMAS SONG
    on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 44

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| JOSEPH GEORGE, | : | CASE #17-14689/AMC |
| Debtor. | : | Hearing Date: January 10, 2023 @ 11:00 am |

**ORDER APPROVING DISCHARGE FOR JOSEPH GEORGE, DECEASED
AND WAIVING THE NEED FOR FINANCIAL MANAGEMENT COURSE
AND CERTIFICATION REGARDING DOMESTIC SUPPORT
OBLIGATIONS AN SECTION 522(Q) JOSEPH GEORGE, DECEASED**

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of MCDOWELL LAW, PC, attorneys for debtor, JOSEPH GEORGE, pursuant to a Notice of Motion Seeking an Order Approving Discharge for Joseph George Upon Completion of Chapter 13 Case and Waiving the Need for Financial Management Course and Certification Regarding Domestic Support Obligations for Joseph George, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this _____ day of _____, 2023, it is ORDERED that debtor, Joseph George be DISCHARGED upon completion of the within Chapter 13 Case; and the need that deceased debtor, Joseph George, complete a Financial Management Course and file a Certification Regarding Domestic Support Obligations prior to discharge is hereby WAIVED.

**Date: December 15, 2022**                        _____
                                                                              HONORABLE ASHELY M. CHAN, USBJ