United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-14689-amc
Joseph George  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5
Date Rcvd: Jan 12, 2023     Form ID: 138OBJ     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |
| 14632264 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14612740 | + | Deutsche Bank National Trust Company, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14073153 | + | Goshen Mortgage LLC, as Separate Trustee for GDBT, Fay Servicing, LLC, 3000 Kellway Dr. Ste. 150, Carrollton, TX 75006-3357 |
| 14330074 | + | MTGLQ Investors, LP, C/O SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Ste. 104, Jenkintown, PA 19046-2031 |
| 14160969 | | Nationstar Mortgage LLC, Attention: Bankruptcy Department PO Box, Dallas TX 75261-9741 |
| 14674610 | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Garden City NY 11530-1666 |
| 14491415 | | US Bank NA, as owner trustee for CIM Trust 2019-R2, c/o Rushmore Loan Management Services, P.O. Box 550044, Irvine, CA 92619-2708 |
| 14196278 | + | WELLS FARGO BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14556048 | ^ | MEBN | Jan 13 2023 00:25:02 | BAYVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420603 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 13 2023 00:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14037111 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14381241 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., C/O PAMELA ELCHERT THURMOND, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14182831 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14130361 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 13 2023 00:35:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14632265 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 14184206 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | Deutsche Bank Trust Company Americas, PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| | | | Jan 13 2023 00:35:00 | Deutsche Bank Trust Company Americas f/k/a Bankert, C/O Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach FL 33416-4605 |
| 14126920 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 13 2023 00:35:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14328066 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 13 2023 00:35:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services LL, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14183132 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2023 00:35:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14184814 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14307705 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 14612741 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 13 2023 00:35:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 13951964 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2023 00:36:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14290768 | | Email/Text: bknotices@snsc.com | Jan 13 2023 00:35:00 | SN SERVICING, Kathy Watson, c/o SN Servicing Corporation, Bankruptcy Asset Manager, 323 5thStreet, Eureka, CA 95501 |
| 14674610 | ^ | MEBN | Jan 13 2023 00:25:08 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Garden City NY 11530-1666 |
| 14237049 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 13 2023 00:35:00 | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14257974 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 13 2023 00:35:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14494976 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2023 00:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14047761 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2023 00:36:51 | U.S. Bank National Association, et al, C/O Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14674759 | ^ | MEBN | Jan 13 2023 00:24:57 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14289958 | ^ | MEBN | Jan 13 2023 00:24:57 | U.S. Bank Trust National Association, as Trustee, of the Lodge Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 13977819 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2023 00:36:51 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13978244 | *+ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14395170 | *+ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2006-6 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-6 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company  as Trustee for Saxon Asset Securit andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BERNADETTE IRACE | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor MTGLQ Investors  LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank NA  not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 |

Case 17-14689-amc   Doc 335   Filed 01/14/23   Entered 01/15/23 00:32:25   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

    bk@rgalegal.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor Deutsche Bank Trust Company Americas et al jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor Ocwen Loan Servicing  LLC jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. kvelter@pincuslaw.com, ckohn@hoflawgroup.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicers for U.S. Bank Trust National Association  as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation lmoyer@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com

MARIO J. HANYON
    on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor MTGLQ Investors  LP mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com  lanette@roachleite.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROGER FAY
    on behalf of Creditor Select Portfolio Servicing  Inc. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC sarah.barngrover@beckshybrids.com

THOMAS SONG
    on behalf of Creditor Bayview Loan Servicing  LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 44

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph George
        Debtor(s)

Case No: 17−14689−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23

332 − 316
Form 138OBJ