IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph George<br>Debtor<br>SN Servicing Corporation as servicer for<br>U.S. Bank Trust National Association, as<br>Trustee of Ranch Series III Trust<br>Movant<br>v.<br><br>Joseph George<br>Henry J George- Co-Debtor<br>Kenneth E. West Trustee<br>　　　　　Respondents | Case No.: 17-14689-amc<br><br>Chapter: 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: February 14, 2023, at 11:00 A.M. |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK:

Kindly withdraw the Motion for Relief from the Automatic Stay, Co-Debtor Stay filed SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Ranch Series III Trust on October 25, 2022 at Docket #322, as the loan has been paid in full.

Dated: January 31, 2023

By: _/s/ Lauren M. Moyer_
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Joseph George<br>Debtor | Case No.: 17-14689-amc |
| | SN Servicing Corporation as servicer for<br>U.S. Bank Trust National Association, as<br>Trustee of Ranch Series III Trust<br>Movant | Chapter: 13<br><br>Judge: Ashely M. Chan |
| | v. | Hearing Date: February 14, 2023, at 11:00 A.M. |
| | Joseph George<br>Henry J George- Co-Debtor<br>Kenneth E. West Trustee<br>          Respondents | |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW MOTION FOR RELIEF**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 31, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 31, 2023

By:  /s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Service by NEF**

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtor's Counsel**
ROBERT NEIL BRAVERMAN
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

**Debtor's Counsel**
ROBERT LEITE-YOUNG
Law Office Robert Leite-Young
6950 Castor Avenue
Philadelphia, PA 19149

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

**Service by First-Class Mail**

**Debtor**
Joseph George
508 Solly Drive
Philadelphia, PA 19136

**Co-Debtor**
Henry J George
4201 Decatur Street
Philadelphia, PA 19149