United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14689-amc |
| Joseph George | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 14, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph George, 508 Solly Drive, Philadelphia, PA 19111-1906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2006-6 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-6 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

Case 17-14689-amc    Doc 340    Filed 02/16/23    Entered 02/17/23 00:32:41    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: 195 | Total Noticed: 1 |

| | |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company as Trustee for Saxon Asset Securit andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas et al andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BERNADETTE IRACE | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor MTGLQ Investors LP carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor JP Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank NA not in its individual capacity but solely as owner trustee for the CIM Trust 2019-R2 bk@rgalegal.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank Trust Company Americas et al jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC jblank@pincuslaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. kvelter@pincuslaw.com, brausch@pincuslaw.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Goshen Mortgage LLC cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation lmoyer@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicers for U.S. Bank Trust National Association as Trustee of Ranch Series III Trust lmoyer@friedmanvartolo.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Goshen Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank Trust Company Americas et al wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 14, 2023 | Form ID: 195 | Total Noticed: 1

MARIO J. HANYON
    on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor FREDDIE MAC wbecf@brockandscott.com mario.hanyon@brockandscott.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor MTGLQ Investors LP mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

ROBERT LEITE-YOUNG
    on behalf of Debtor Joseph George rleite@roachleite.com lanette@roachleite.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Joseph George rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROGER FAY
    on behalf of Creditor Select Portfolio Servicing Inc. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC sarah.barngrover@beckshybrids.com

THOMAS SONG
    on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 44

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Joseph George : Case No. 17−14689−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , February 14, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court