| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Joseph George | Case Number:<br><br>2:2017-bk-14689 | |
| Name of Creditor:<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al. | | |
| Name of Current Servicer of account:<br>   PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>   PHH Mortgage Services<br>   PO Box 24781<br>   ATTN: SV 19<br>   West Palm Beach, FL 33416<br><br>   Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  6347** | | _ Check this box if the account number has changed. |
| **2.    Court Claim Number:  11** | | |
| **3.    Signature:**<br><br>Check the appropriate box.<br>         I am the creditor.<br>    X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>         I am the trustee, or the debtor.<br>         I am a guarantor, surety, endorser, or other codebtor.<br><br><br>    By:    /s/ John Shelley_____          Date:  02/18/2023_____<br>             Authorized Filing Agent for PHH Mortgage Services | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 17-14689 |
| **Joseph George** | CHAPTER: 13 |
| **Debtor(s).** | |
| _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*        *By U.S. Postal Service First Class Mail Postage Prepaid:*

Joseph George
508 Solly Drive
Philadelphia, PA 19136


*Debtor's Attorney:*        *By CM / ECF Filing:*

ROBERT NEIL BRAVERMAN
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052


*By CM / ECF Filing:*

ROBERT LEITE-YOUNG
Law Office Robert Leite-Young
6950 Castor Avenue
Philadelphia, PA 19149


*Trustee:*        *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)